**REDACTED**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-144 |
| Plaintiff, : | |
| v. : | |
| : | |
| MIGUEL A. MALDONADO-BENITEZ, : | **REDACTED** |
| a/k/a Jean Carlos Ortero : | |
| : | |
| Defendant. : | |



FILED
NOV - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about October 16, 2007, in the State and District of Delaware, MIGUEL A. MALDONADO-BENITEZ /a/c SM3, defendant herein, an alien and citizen of the Dominican Republic, was found in the United States and was knowingly in the United States, after having been denied admission, excluded, deported, and removed therefrom on or about March 15, 2006, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border Transportation, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission, in violation of

Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____

COLM F. CONNOLLY
United States Attorney

By: /s/ _____
Seth M. Beausang
Assistant United States Attorney
Dated: November 6, 2007.