UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 07-144-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| MIGUEL A. MALDONADO-BENITEZ, : | |
| a/k/a Jean Carlos Ortero : | |
| : | |
| Defendant. : | |



FILED
NOV 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Miguel A. Maldonado-Benitez, as a result of the Indictment returned against him on November 6, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Seth M. Beausang
Assistant United States Attorney

Dated: November 27, 2007

AND NOW, this 28th day of November, 2007, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Miguel A. Maldonado-Benitez.

_____
The Honorable Leonard P. Stark
United States Magistrate Judge