IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>MIGUEL A. MALDONADO-BENITEZ,   )<br>   )<br>   Defendant.   )  | Crim. No. 07-144-SLR |

**ORDER**

At Wilmington this 18th day of January, 2008,

IT IS ORDERED that a telephonic status conference is scheduled for **Wednesday, January 30, 2008** at **9:00 a.m.**, with the court initiating said call.

_____
United States District Judge